
# ARKANSAS COURT OF APPEALS

DIVISION III
No. CV–14–435

| | |
|---|---|
| BRANDON WILLIAMS | **Opinion Delivered** September 24, 2014 |
| APPELLANT | APPEAL FROM THE GARLAND COUNTY CIRCUIT COURT [NO. JV-2012-445] |
| V. | |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES and MINOR CHILD | HONORABLE VICKI SHAW COOK, JUDGE |
| APPELLEES | AFFIRMED; MOTION TO WITHDRAW GRANTED |

## RHONDA K. WOOD, Judge

This is a no-merit appeal from an order terminating the parental rights of appellant Brandon Williams to his child, C.W. Williams's attorney filed a motion to withdraw as counsel and a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court Rule 6-9(i), asserting that there are no issues of arguable merit to support the appeal. No pro se points for reversal have been filed. We affirm the termination and grant counsel's motion to withdraw.

The brief includes a discussion of the sufficiency of the evidence to support the termination order, all matters in the record that might arguably support an appeal, all adverse rulings, and a statement as to why counsel considers each point raised as incapable of supporting a meritorious appeal. After careful review of the record in accordance with

SLIP OPINION

Rule 6–9(i) of the Rules of the Arkansas Supreme Court and the Arkansas Court of Appeals, we hold that this appeal lacks merit. Counsel complied with our requirements for no-merit termination cases, and we affirm by memorandum opinion. *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e).

Affirmed; motion to withdraw granted.

GLADWIN, C.J., and BROWN, J., agree.

*Leah Lanford*, Arkansas Public Defender Commission, for appellant.

*Tabitha B. McNulty*, County Legal Operations; and *Chrestman Group, PLLC*, by: *Keith L. Chrestman*, for appellees.